# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LUCKYMOGO TECHNOLOGY LIMITED, LTD.,** | ) ) ) ) **Civil Action No. 24-cv-2163** |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,** | ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS THROUGH ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff seeks this Court's authorization to effectuate service of process and other pleadings and documents related to this action by e-mail and electronic publication. A Memorandum of Law in support of this Motion is submitted herewith.

Date: March 15, 2024

Respectfully submitted,

/s/ Shengmao Mu
SHENGMAO MU
**WHITEWOOD LAW LLC**
57 West, 57th Street
3rd and 4th Floors
New York, NY, 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*