UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LUCKYMOGO TECHNOLOGY LIMITED, LTD.,** | ) ) ) ) Civil Action No. 24-cv-2163 |
| Plaintiff, | ) ) |
| v. | ) ) |
| **THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,** | ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

In this trademark infringement action brought pursuant to the Lanham Act, 15 U.S.C. § 1051 *et seq.*, Plaintiff seeks entry of an *ex parte* temporary restraining order (i) enjoining Defendants from making, using, offer for sale, selling, and/or importing products which infringe Plaintiff's Trademarks identified on the Exhibit 1 filed under seal ; (ii) instituting a temporary asset restraint; and (iii) ordering expedited discovery. A Memorandum of Law in support of this Motion is submitted herewith.

Date: March 15, 2024                    Respectfully submitted,


                              By: /s/ Shengmao Mu
                              Shengmao (Sam) Mu, NY #5707021
                              **WHITEWOOD LAW PLLC**
                              57 West 57th Street, 3rd and 4th Floors
                              New York, NY 10019
                              Telephone: (917) 858-8018

Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*